IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) GERALD BURCH, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 12-CV-452-RAW |
| | ) |
| (1) METROPOLITAN PROPERTY AND | ) |
| CASUALTY INSURANCE COMPANY, | ) |
| a foreign corporation | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the attorneys of record for all parties and hereby stipulate and agree that the above captioned cause may be dismissed with prejudice to further litigation pertaining to all matters involved herein, and state that a compromise settlement covering all claims has been made between and among the parties, with each party to bear his or its own attorney fees and costs.

Said parties hereby request the Court Clerk show this action as dismissed with prejudice pursuant to this stipulation.

Respectfully submitted,

 /s/ Adam Scott Weintraub
Adam Scott Weintraub, OBA #13209
Savage, O'Donnell, Affeldt,
 Weintraub & Johnson
110 West 7th, Suite 1010
Tulsa, OK 74119
Telephone: 918-582-0582
Facsimile: 918-587-8925
**Attorneys for Plaintiff**

   */s/ Barbara K. Buratti*
Tim D. Cain, OBA #11779
Barbara K. Buratti, OBA #12231
Wilson, Cain & Acquaviva
300 Northwest 13th Street, Suite 100
Oklahoma City, Oklahoma 73103
405/236-2600; FAX 405/236-2607
*Attorneys for Defendant*
*Metropolitan Property and Casualty Insurance Company*